FILED
2022 Mar-28 PM 02:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ANGELIA BLALOCK DUKE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:21-CV-572 AMM |
| | ) |
| **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, dismisses this case without prejudice to reinstatement if any party represents to the court on or before Friday, May 27, 2022, that final settlement documentation could not be completed.

**DONE** and **ORDERED** this 28th day of March, 2022.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE