IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELIA BLALOCK DUKE,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 2:21-CV-00572-AMM<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Angelia Blalock Duke ("Plaintiff") and Defendant Hartford Life and Accident Insurance Company ("Defendant"), by and through their undersigned counsel, agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

Dated this 18th day of May, 2022.

| BURKE HARVEY, LLC | MAYNARD, COOPER & GALE, P.C. |
|---|---|
| By: /s/ Peter H. Burke | By: /s/ Braxton S. Thrash |
| Peter H. Burke | Braxton S. Thrash |
| 3535 Grandview Pkwy, Suite 100 | William B. Wahlheim, Jr. |
| Birmingham, AL 35243 | 1901 Sixth Avenue North, Suite 1700 |
| Attorney for Plaintiff | Birmingham, AL 35203-2618 |
| | Attorneys for Defendant |